UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RAGHAVENDRA VIJAYANAGAR** | : | NO. 3:18-cv-00553 KAD |
| **PLAINTIFF,** | : | |
| **V.** | : | |
| **JAYARAMAN KRISHNA,** a/k/a **JAYARMAN KRISHNAN,** a/k/a **KRISHNA JAYARAMAN,** a/k/a **KRISHNAN JAYARAMAN** | | |
| **DEFENDANT.** | : | **OCTOBER 16, 2018** |

## RESPONSE TO AFFIRMATIVE DEFENSES

1. The plaintiff, denies each and every Affirmative Defense, (1-5), as pleaded by the defendant as stated in his Answer and Affirmative Defenses dated May 25, 2018.

THE PLAINTIFF,

BY:___/s/Steven A. Ouellette

STEVEN A. OUELLETTE
OUELLETTE, DEGANIS, &
GALLAGHER, LLC
143 MAIN STREET
CHESHIRE, CT 06410
Fed. Bar No. ct26913
Tel. 203-272-1157

## CERTIFICATE OF SERVICE

   I hereby certify that on  October 16, 2018 ,  a copy of the foregoing was  e-mailed to defendants counsel.

                                         **/s/  Steven A. Ouellette**